

# United States District Court
## WESTERN DISTRICT OF TENNESSEE
### Eastern Division

## JUDGMENT IN A CIVIL CASE

BARBARA HARRELL,

v.

COMMISSIONER OF SOCIAL                     CASE NUMBER: 1:04-1152-T/An
SECURITY ADMINISTRATION,

**Decision by Court**. This action came to consideration before the Court. The issues
have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that in compliance with the order entered in
the above-styled matter on 9/12/2005, the decision of the Commissioner is RESERVED
and REMANDED Pursuant to Sentence Four of 42 U.S.C. 405(g).

APPROVED:

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE


THOMAS M. GOULD
CLERK


_____9/15/05_____        BY: _____C. Herd_____
DATE                                 DEPUTY CLERK


This document entered on the docket sheet in compliance

with Rule 58 and/or 79(a) FRCP on ___9/15/05___.

23

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# **Notice of Distribution**

This notice confirms a copy of the document docketed as number 23 in case 1:04-CV-01152 was distributed by fax, mail, or direct printing on September 15, 2005 to the parties listed.

---

Roger Stanfield
LAW OFFICE OF ROGER STANFIELD
P.O. Box 3338
Jackson, TN 38303--333

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT