IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

BARBARA HARRELL, )
)
    Plaintiff, )
)
v. ) No. 04-1152-T-An
)
COMMISSIONER OF )
SOCIAL SECURITY, )
)
    Defendant. )

___

ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY FEES

___

Plaintiff filed this action to obtain judicial review of Defendant Commissioner's final decision denying her application for benefits under the Social Security Act. On September 15, 2005, the court entered an order reversing the decision of the Commissioner and remanding the action for further development of the record pursuant to sentence four of 42 U.S.C. 406(b). Plaintiff has now filed a motion for an award of attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2414(d) ("EAJA"). The Commissioner has responded to the motion and concedes that Plaintiff's request for attorney fees under the EAJA in the amount of $2,618 should be awarded.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 12/28/05

28

Consequently, Plaintiff' motion is GRANTED.[1]

IT IS SO ORDERED.

                                                 *James D. Todd*

                                                 JAMES D. TODD
                                                 UNITED STATES DISTRICT JUDGE

                                                 22 December 2005
                                                 DATE

---

[1] The EAJA requires a district court to "award to a prevailing party ... fees and other expenses ... incurred by that party in any civil action ..., including proceedings for judicial review of agency action, brought by or against the United States ..., unless the court finds that the position of the United States was substantially justified or that special circumstances make an award unjust." 28 U.S.C. § 2412(d)(1)(A). A party who wins a sentence-four remand order is a prevailing party for purposes of the EAJA. Shalala v. Schaefer, 509 U.S. 292, 300-02 (1993).

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 1:04-CV-01152 was distributed by fax, mail, or direct printing on December 28, 2005 to the parties listed.

---

Roger Stanfield
LAW OFFICE OF ROGER STANFIELD
P.O. Box 3338
Jackson, TN 38303--333

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT